# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR, | 1:19-cv-01192 DAD SKO |
| Plaintiff, | NEW CASE NUMBER: |
| v. | **1:19-cv-01192 SKO** |
| SHIVKRUPA INVESTMENTS, INC., | **ORDER REASSIGNING CASE** |
| Defendant. | |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Dale A. Drozd, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:19-cv-01192 SKO**

IT IS SO ORDERED.

Dated: **October 8, 2019**

_____
UNITED STATES DISTRICT JUDGE