# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, Sr., | Case No. 1:19-cv-01192-SKO |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS AND EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| SHIVKRUPA INVESTMENTS, INC., d/b/a La Quinta Inn & Suites by Wyndham Fresno Riverpark, | (Doc. 11) |
| Defendant. | |

On August 30, 2019, Plaintiff, proceeding pro se, filed the complaint in this case pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. (Doc. 1.) On October 7, 2019, Defendant filed a motion to dismiss for lack of jurisdiction, and on October 15, 2019, Plaintiff filed a response. (Docs. 6, 10.)

On October 30, 2019, Defendant filed a motion to withdraw the pending motion to dismiss and for an extension of time until November 20, 2019 to file an answer to the complaint. (Doc. 11.) For good cause shown, the Court GRANTS Defendant's motion. The motion to dismiss, (Doc. 6), is WITHDRAWN,[1] and the motion hearing date of November 6, 2019, is VACATED.

---

[1] The parties consented to the jurisdiction of a United States Magistrate Judge for all purposes. (Docs. 4, 7.)

Defendant SHALL respond to the complaint by no later than November 20, 2019.

IT IS SO ORDERED.

Dated: **October 31, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE