UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.<br><br>Plaintiff,<br><br>v.<br><br>SHIVKRUPA INVESTMENTS, INC.,<br><br>Defendant. | No. 1:19-cv-01192-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 15) |

On November 21, 2019, Plaintiff filed a "Notice of Voluntary Dismissal with Prejudice," in which Plaintiff requests that the Court dismiss this action with prejudice. (Doc. 15.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **November 25, 2019**  /s/ *Sheila K. Oberto*
  UNITED STATES MAGISTRATE JUDGE